IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

SCOTT DAVIDSON, as Personal Representative
of the Estate of JOSEPH DAVIDSON,
Deceased, for and on behalf of the Estate
and the survivors thereof,
                Plaintiff,

vs.

THOMAS DOANE
                Defendant.
_____/

## COMPLAINT

Plaintiff Scott Davidson, as Personal Representative of the Estate of Joseph Garrett Davidson, deceased, sues the Defendant Thomas Doane and alleges:

1. This is an action for damages in excess of $75,000.00, exclusive of interest and costs.

2. This is an action brought pursuant to the provisions of the Florida Wrongful Death Act, §768.16 *et seq.*, Florida Statutes for the wrongful death of Joseph Davidson.

3. At all times material Defendant owned a 2007 Ford F250 pickup truck.

4. On or about August 5, 2012, at approximately 3:20 am, in Duval County, Florida, the Decedent, Joseph Davidson, rode as a passenger in a vehicle driven by David Gallagher on Julington Creek Road approximately 500 feet northeast of its intersection with Condor Road.

5. At the above time and place, Defendant's truck had raised or lifted suspension and 36" tires.

6. At the above time and place, Defendant parked his truck facing oncoming traffic about a foot from the westbound lane of travel, on a road with no shoulder.

7. At the above time and place, Defendant's negligence, in the parking of his oversized vehicle, created a dangerous condition for motorists, who Defendant knew would have difficulty seeing his vehicle at night.

8. The negligent actions of Defendant caused and/or contributed to the death of Joseph Davidson.

9. Scott Davidson is the duly appointed, qualified and acting personal representative of the Estate of Joseph Davidson, deceased, by Letters of Administration dated August 30, 2012. (A copy of the Letters of Administration is attached as Exhibit "A")

10. On the date of his death, August 5, 2012, the decedent Joseph Davidson, had the following statutory "survivors" pursuant to §768.18, Florida Statutes: his father Scott Davidson and his mother Cammie Davidson.

11. The Estate of Joseph Davidson is entitled to receive the following damages:

   (a)   medical and/or funeral expenses;

   (b)   the value of prospective net accumulations of the Estate.

12. Scott Davidson, as surviving father, is entitled to receive the following damages:

   (a)   loss of his son's support and services;

   (b)   his mental pain and suffering;

   (c)   medical and/or funeral expenses.

13. Cammie Davidson, as surviving mother, is entitled to receive the following damages:

   (a)   loss of her son's support and services;

   (b)   her mental pain and suffering;

   (c)   medical and/or funeral expenses.

WHEREFORE, Plaintiff Scott Davidson, as Personal Representative of the Estate of Joseph Davidson, Deceased, demands judgment against Defendant Thomas Doane for the damages and cost of suit with any additional relief the Court deems appropriate.

Dated this 16th day of October, 2013.

<u>**DEMAND FOR JURY TRIAL**</u>

Plaintiff demands trial by jury on all issues so triable.

PAJCIC & PAJCIC, P.A.

MICHAEL S. PAJCIC, ESQUIRE
Florida Bar No.: 56664
STEPHEN J. PAJCIC, III, ESQUIRE
Florida Bar No.: 143485
One Independent Drive, Suite 1900
Jacksonville, FL 32202-5013
Telephone: (904) 358-8881
Telefax: (904) 354-1180
Primary E-mail: michael@pajcic.com
Secondary E-mail: renee@pajcic.com
**Attorneys for Plaintiff**

IN THE CIRCUIT COURT FOR ST. JOHNS COUNTY,
FLORIDA        PROBATE DIVISION

IN RE: ESTATE OF

JOSEPH GARRETT
DAVIDSON

File No. CP12-437

Division 55

Deceased.

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, Joseph Garrett Davidson, a resident of St. Johns County, Florida, died on August 5, 2012, owning assets in the State of Florida, and

WHEREAS, Scott Allan Davidson, has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Scott Allan Davidson duly qualified under the laws of the State of Florida to act as personal representative of the estate of Joseph Garrett Davidson, deceased, with full power to administer the estate according to law; to as, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on August 30th, 2012.

J. MICHAEL TRAYNOR

_____
J. MICHAEL TRAYNOR, Circuit Judge

Copy furnished to:
Adam J. Kohl, Esquire



PLAINTIFF'S EXHIBIT A

Electronically Filed 10/17/2013 03:32:14 PM ET

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2013-CA-009284
DIVISION: CV-F

SCOTT DAVIDSON, as Personal Representative
of the Estate of JOSEPH DAVIDSON,
Deceased, for and on behalf of the Estate
and the survivors thereof,

                      Plaintiff,

vs.

THOMAS DOANE,

                      Defendant.
_____/

## SUMMONS
## PERSONAL SERVICE ON AN INDIVIDUAL
## IMPORTANT

TO:  THOMAS DOANE    or                              DOB: 05/26/1969
       Vineyards at Heritage
       5304 Alta Loma Drive
       Fort Worth, TX 76244-6234       3529 Julington Creek Road
                                                         Jacksonville, FL 32223-2729

     A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response; including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

                      MICHAEL S. PAJCIC, ESQUIRE
                      PAJCIC & PAJCIC, P.A.
              One Independent Drive, Suite 1900
                      Jacksonville, Florida 32202
                           (904) 358-8881

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiendades, o privado de sus derechos, sin prvio aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney". (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres oblications juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a unbureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

16-2013-CA-009284-XXXX-MA

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this Summons and Complaint in this lawsuit on the above-named Defendant.

DATED ON **OCT 1 8 2013**, 2013.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904)630-2564 or crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days: if you are hearing or voice impaired, call 711.

(Court Seal)



RONNIE FUSSELL
Clerk of the Circuit Court

By: J. Chavers
Deputy Clerk

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.: 2013-CA-9384
DIVISION: CV-F
JUDGE: Hugh A. Carithers, Jr.

SCOTT DAVIDSON, as Personal
Representative of the Estate of JOSEPH
DAVIDSON, Deceased, for and on behalf of
the Estate and the survivors thereof,
                    Plaintiff,
   vs.
THOMAS DOANE,
                    Defendant.

---

## PLAINTIFF'S NOTICE OF
## DESIGNATION OF ELECTRONIC MAIL ADDRESSES

Plaintiff by and through its undersigned counsel and pursuant to the Fla. R. Jud. Admin. 2.516(b)(1), hereby designates the following primary and secondary e-mail addresses for e-mail service in the above referenced case:

**Primary E-mail Address:** Michael S. Pajcic (michael@pajcic.com)

**Secondary E-mail Address:** Renée L. Stringer (renee@pajcic.com)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via service of process.

PAJCIC & PAJCIC, P.A.

MICHAEL S. PAJCIC, ESQUIRE
Florida Bar No.: 56664
One Independent Drive, Suite 1900
Jacksonville, FL 32202-5013
Telephone: (904) 358-8881
Telefax: (904) 354-1180
Primary E-mail: michael@pajcic.com
Secondary E-mail: renee@pajcic.com
**Attorney for Plaintiff**

This is my County Name

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:   16-2013-CA-009284
DIVISION:   CV-F

SCOTT DAVIDSON as personal repreenstative of
the Estate of JOSEPH DAVIDSON, Deceased, for
and on behalf of the Estate and the survivors
thereof,

       Plaintiff,

vs.

THOMAS DOANE,

       Defendant,

---

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant, THOMAS DOANE, by and through his undersigned attorneys, and pursuant to 28 U.S.C. §1332, §1441, and §1446, hereby gives notice that on this date he has filed with the U.S. District Clerk of the Court for the Middle District of Florida, Jacksonville Division, his Notice of Removal (Exhibit A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Michael S.

01062409

Pajcic, Esquire (michael@pajcic.com; renee@pajcic.com), One Independent Drive, Suite 1900, Jacksonville, FL 32202, by eservice this 26 day of November, 2013.

                 BOYD & JENERETTE, P.A.

                 KRISTEN M VAN DER LINDE
                 Florida Bar No. 0964573
                 201 North Hogan Street, Suite 400
                 Jacksonville, Florida 32202
                 904-353-6241 – Telephone
                 904-493-3739 – Facsimile
                 Attorneys for Defendant

Primary Service E-mail: efiling@boyd-jenerette.com

01062409